IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DONALD BILL BOYKIN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-0378-MEF |
| | ) |
| SGT. JACKSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On August 27, 2008, the Magistrate Judge filed a Recommendation (Doc. #12) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE this 17th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE